1

2

3

4

5

6

7

8

9

10

11

12

13

14

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MANUEL F. MARQUES,

    *Plaintiff*,

vs.

DWIGHT NEVEN*, et al.*

    *Defendants*.

2:08-cv-00656-RLH-RJJ

ORDER

15      This *pro se* prisoner civil rights action comes before the Court for initial review of the

16 fourth amended complaint (#23) under 28 U.S.C. § 1915A.

17      The prior procedural history, principal allegations, and screening standard are outlined

18 in the most recent screening order (#22).  The prior order dismissed the third amended

19 complaint (#21), but, out of an abundance of caution, gave plaintiff "one final opportunity to

20 amend."

21      The fourth amended complaint (#23) merely carries forward, without any material

22 change of substance, the deficient allegations of the third amended complaint (#21).  The

23 fourth amended complaint, despite the clear directives in the prior screening order, continues

24 to list a defendant in the caption that is immune from suit under the Eleventh Amendment,

25 continues to assert claims that clearly have been dismissed and as to which there can be no

26 recovery, and continues to ignore the Court's repeated instructions regarding the proper

27 completion of the required civil rights complaint form.  Most significantly, however, the fourth

28 amended complaint continues to present only allegations that the prior screening order

1    described as "conclusory to the extreme." The pleading does not include any allegations of

2    actual fact, rather than formulaic recitals of the elements of a cause of action, that would

3    support an inference that any defendant is liable. Plaintiff's conclusory allegation in the

4    current pleading – again in the list of defendants rather than in the body of the pleading – that

5    defendant Neven "allowed his staff to charge plaintiff with false charges" clearly does not state

6    a claim upon which relief may be granted, as Neven may not be held liable solely by virtue

7    of his supervisory position. Similarly, conclusory allegations only that plaintiff was found guilty

8    of a disciplinary violation "without any evidence or probable cause" or "just based on opinion

9    and assumption" fail to state a claim upon which relief may be granted.

10           Given that plaintiff in essence merely has resubmitted a pleading that the Court already

11   has held, with assigned reasons, is deficient, the Court will direct entry of final judgment.

12           IT THEREFORE IS ORDERED that this action shall be DISMISSED without prejudice.

13           The Clerk of Court shall enter final judgment accordingly in favor of defendants and

14   against plaintiff, dismissing this action without prejudice.

15           DATED: April 4, 2011.

16

17

18   _____
     ROGER L. HUNT
     Chief United States District Judge

19

20

21

22

23

24

25

26

27

28

-2-